IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WILLIAM BRITAIN QUARTZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-CV-601 |
| § | |
| CITY OF KEMAH, TEXAS, § | |
| JERRY G. BARMORE, MATTHEW L. § | |
| MACIK, and JARROD C. MCCORMICK, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

As set forth in the Court's Order entered this date, any and all of Plaintiff's claims asserted against Defendants in this action are hereby **DISMISSED WITHOUT PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 14th of May, 2007, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge

1